No. A–169. KALLENBERGER v. BUCHANAN, SECRETARY OF STATE OF COLORADO. Application for injunction, addressed to JUSTICE BRENNAN and referred to the Court, denied. JUSTICE BLACKMUN would grant the application. JUSTICE MARSHALL would defer consideration of the application pending the filing of a response by the respondent. JUSTICE O'CONNOR took no part in the consideration or decision of this application.

AUGUST 24, 1982

No. 82–75. HORIZONS APARTMENTS ASSOCIATES, LTD., ET AL. v. LEE COUNTY, FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari dismissed under this Court's Rule 53.

SEPTEMBER 7, 1982

No. 81–1685. LIMMER ET AL. v. FERNANDES, AKA SANTANI. C. A. 5th Cir. Certiorari dismissed under this Court's Rule 53.

SEPTEMBER 9, 1982

No. A–958. MCDONALD v. ALEXANDER, GOVERNOR OF TENNESSEE, ET AL. Application for injunction, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

No. A–1138. PFISTER v. DELTA AIR LINES, INC., ET AL. C. A. D. C. Cir. Application for stay, addressed to JUSTICE WHITE and referred to the Court, denied.

No. A–22. HALE v. UNITED STATES. C. A. 10th Cir. Application for stay, addressed to JUSTICE BRENNAN and referred to the Court, denied.